## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
## GREENVILLE DIVISION

**WALTER COOPER**                                                                 **PLAINTIFF**

**V.**                                                                            **NO. 4:22-CV-126-DMB-DAS**

**GEICO INSURANCE AGENCY, LLC**
**and AMERICAN BANKERS INSURANCE**
**COMPANY OF FLORIDA**                                                            **DEFENDANTS**

### ORDER

On February 17, 2023, the parties filed a "Joint Motion to Dismiss Action with Prejudice." Doc. #41. The parties represent that "this action has been resolved" and "request that this Court enter a final order dismissing this matter with prejudice and with each party bearing its own fees and costs." *Id.* at 1. Based on the parties' resolution of the case, the joint motion to dismiss [41] is **GRANTED**. This case is **DISMISSED with prejudice**, with each party bearing its own fees and costs. A final judgment will issue separately.

**SO ORDERED**, this 17th day of February, 2023.

/s/Debra M. Brown
**UNITED STATES DISTRICT JUDGE**