IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**WALTER COOPER**                                                                    **PLAINTIFF**

V.                                                                          **NO. 4:22-CV-126-DMB-DAS**

**GEICO INSURANCE AGENCY, LLC**
**and AMERICAN BANKERS INSURANCE**
**COMPANY OF FLORIDA**                                                 **DEFENDANTS**

## FINAL JUDGMENT

In accordance with the order entered this day, this case is **DISMISSED with prejudice**, with each party bearing its own fees and costs.

**SO ORDERED**, this 17th day of February, 2023.

                                                           **/s/Debra M. Brown**
                                                           **UNITED STATES DISTRICT JUDGE**